1  RICHARD B. GOETZ (S.B. #115666)
   rgoetz@omm.com
2  O'MELVENY & MYERS LLP
   400 South Hope Street
3  Los Angeles, CA 90071-2899
   Telephone:     (213) 430-6000
4  Facsimile:     (213) 430-6407

5  MATTHEW D. POWERS (S.B. #212682)
   mpowers@omm.com
6  VICTORIA L. WEATHERFORD (S.B. #267499)
   vweatherford@omm.com
7  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
8  San Francisco, CA  94111-3823
   Telephone:     (415) 984-8700
9  Facsimile:     (415) 984-8701

10 Attorneys for Defendants
   JOHNSON & JOHNSON and JOHNSON &
11 JOHNSON CONSUMER COMPANIES, INC.

12

13              **UNITED STATES DISTRICT COURT**

14              **EASTERN DISTRICT OF CALIFORNIA**

15

16 | MONA ESTRADA, On Behalf of Herself | Case No. 2:14-cv-01051-TLN-KJN |
   and All Others Similarly Situated,

17                                     | **STIPULATION AND ORDER ALTERING**
                  Plaintiff,           | **TIME TO RESPOND TO DEFENDANTS'**
18                                     | **MOTION TO DISMISS AND/OR STRIKE**
          v.                           | **COMPLAINT**
19
   JOHNSON & JOHNSON and JOHNSON
20 & JOHNSON CONSUMER               | Hearing Date:   September 11, 2014
   COMPANIES, INC.,                 | Time:           2:00 p.m.
21                                  | Judge:          Hon. Troy L. Nunley
                  Defendants.       | Courtroom:      2
22
                                    | Complaint Filed:   April 28, 2014
23

24

25         Pursuant to Civil Local Rules 143 and 144, the parties to the above-entitled action, by and

26 through their undersigned counsel, hereby submit this Stipulation Altering Time to Respond to

27 Johnson & Johnson and Johnson & Johnson Consumer Companies, Inc. ("J&J")'s anticipated

28 Motion to Dismiss and/or Strike the Complaint (the "Motion").  The parties submit this

                                    STIP. ALTERING OPP. AND REPLY
                                    DEADLINES
                                    CASE NO. 2:14-cv-01051-TLN-KJN

1  stipulation in order to set a mutually agreeable briefing schedule on J&J's Motion, which is due to

2  be filed on June 20, 2014.  Specifically, the parties stipulate and request that the Court set July 31,

3  2014 as the deadline for Plaintiff to file her Opposition and August 28, 2014 as the deadline for

4  J&J to file its Reply (J&J intends to notice its Motion for hearing on September 11, 2014).

5       Moving these deadlines will not have any effect on any other date or deadline in this

6  action.  Accordingly,

7       WHEREAS, Plaintiff Mona Estrada ("Plaintiff") filed her Complaint in the above-entitled

8  action on April 28, 2014;

9       WHEREAS, Plaintiff served the summons and Complaint on J&J on May 2, 2014;

10      WHEREAS, the parties previously stipulated to extend the deadline by which J&J must

11  answer or otherwise respond to the Complaint by twenty-eight days until June 20, 2014;

12      WHEREAS, J&J intends to file a Motion to Dismiss and/or Strike on June 20, 2014, and

13  intends to notice the Motion for a hearing on September 11, 2014;

14      WHEREAS counsel for Plaintiff and for J&J have agreed, subject to Court approval, to a

15  mutually agreeable briefing schedule on the Motion;

16      The parties hereby STIPULATE and agree, subject to Court approval, to the following:

17      1.  The deadline for Plaintiff to submit her Opposition to J&J's Motion shall be July 31,

18          2014;

19      2.  The deadline for J&J to submit its Reply in support of its Motion shall be August 28,

20          2014; and

21      3.  The hearing on the Motion shall be set for September 11, 2014.

22  ///

23  ///

24  ///

25

26

27

28

- 1 -

STIP. ALTERING OPP. AND REPLY
DEADLINES
CASE NO. 2:14-cv-01051-TLN-KJN

     Respectfully submitted,

DATED: June 12, 2014                  By:      /s/ Victoria L. Weatherford
                                            Victoria L. Weatherford

O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone:  (415) 984-8700
Facsimile:  (415) 984-8701
e-mail: vweatherford@omm.com

*Counsel for Defendants Johnson & Johnson
and Johnson & Johnson Consumer Companies,
Inc.*

DATED:  June 12, 2014                  By:      /s/ Timothy G. Blood
                                            Timothy G. Blood

BLOOD HURST & O'REARDON, LLP
701 B. Street, Suite 1700
San Diego, California 92101
Telephone:     (619) 338-1100
Facsimile:     (619) 338-1101
e-mail:        tblood@bholaw.com

*Counsel for Plaintiff Mona Estrada*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 12, 2014

Troy L. Nunley
United States District Judge

STIP. ALTERING OPP. AND REPLY
DEADLINES
CASE NO. 2:14-cv-01051-TLN-KJN