**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

_____
:
MONA ESTRADA, on behalf of herself :
and all others similarly situated, :
:
Plaintiff, :
: Civil Action No. 16-7492 (FLW)
v. :
: **ORDER**
JOHNSON & JOHNSON and JOHNSON :
& JOHNSON CONSUMER COMPANIES :
INC., :
:
Defendants. :
_____:

**THIS MATTER** having been opened to the Court by Allen Burton, Esq., counsel for Defendants Johnson & Johnson and Johnson & Johnson Consumer Companies (collectively, "Defendants"), on a Motion to Dismiss Plaintiff Mona Estrada's ("Plaintiff") First Amended Class Action Complaint, pursuant to Fed. R. Civ. P. 12(b)(1); it appearing that Plaintiff, through her counsel, Timothy G. Blood, Esq., opposes Defendants' Motion; the Court having reviewed the parties' submissions in connection with the pending Motion, pursuant to Fed. R. Civ. P. 78; for the reasons set forth in the Opinion filed on even date, and for good cause shown,

**IT IS** on this 14th day of July, 2017,

**ORDERED** that Defendants' Motion to Dismiss is **GRANTED**, and Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that Plaintiff is given leave to amend her Complaint, within thirty-days (30) from the date hereof, consistent with this dictates of the Opinion filed on even date.

/s/ Freda L. Wolfson
The Honorable Freda L. Wolfson
United States District Judge