# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND LIABILITY LITIGATIONS | Master Docket No. 3:16-md-2738 (FLW) <br><br> MDL 2738 <br><br> Honorable Freda L. Wolfson |
| This document relates to: <br><br> Estrada v. Johnson & Johnson, et al., E.D. California, C.A. No. 2:14-01051 | Case No.   3:16-cv-7492 (FLW) |

---

## PLAINTIFF ESTRADA'S REQUEST FOR ENTRY OF FINAL JUDGMENT

---

Timothy G. Blood
Paula R. Brown
BLOOD HURST & O'REARDON, LLP
701 B Street, Suite 1700
San Diego, CA  92101
T: 619/338-1100
F: 619/338-1101
tblood@bholaw.com
pbrown@bholaw.com

*Attorneys for Plaintiffs*
*Barbara Mihalich and Mona Estrada*

(Additional Counsel on Signature Page)

00124667

On July 14, 2017, the Court dismissed Plaintiff Mona Estrada's complaint without prejudice pursuant to Federal Rule of Civil Procedure 12(b)(1). ECF No. 51 ("Order"); ECF No. 50 ("Opinion"). The Court provided Plaintiff thirty (30) days to amend her complaint consistent with the Court's Opinion, thus not disposing of the litigation. ECF No. 50 at 31; ECF No. 51. Given the Court's Opinion, Plaintiff does not plan on amending her complaint and requests a final judgment be entered so that the time for Plaintiff to appeal the Court's Order begins to run.

Dated: August 9, 2017

BLOOD HURST & O'REARDON, LLP
Timothy G. Blood
Paula R. Brown

By:        s/ *Timothy G. Blood*
    TIMOTHY G. BLOOD

701 B Street, Suite 1700
San Diego, CA  92101
T: 619/338-1100
*Interim Class Counsel*

BEASLEY, ALLEN, CROW, METHVIN,
     PORTIS & MILES, P.C.
W. Daniel "Dee" Miles, III
Lance C. Gould
Alison Douillard Hawthorne
272 Commerce Street
Post Office Box 4160
Montgomery, AL 36103
T: 334/269-2343

THE SMITH LAW FIRM
Allen Smith, Jr.
618 Towne Center Blvd., Suite B
Ridgeland, MS  39157
T: 601/952-1422

*Attorneys for Plaintiff Mona Estrada*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was electronically filed with the United States District Court, District of New Jersey, via the Court's CM/ECF filing system, which will send notification of such filing to counsel of record, on August 9, 2017.

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD